## BENSON v. GREENMAN CORPORATE CONSULTANTS, INC.

No. 484P86.

Case below: 81 N.C. App. 678.

Petition by defendant for discretionary review pursuant to G.S. 7A-31 denied 7 October 1986.

## BRUMMER v. BD. OF ADJUSTMENT OF CITY OF ASHEVILLE

No. 426P86.

Case below: 81 N.C. App. 307.

Petition by defendant for discretionary review pursuant to G.S. 7A-31 denied 7 October 1986.

## CLARK v. AMERICAN & EFIRD MILLS

No. 561P86.

Case below: 82 N.C. App. 192.

Petition by plaintiff for discretionary review pursuant to G.S. 7A-31 denied 7 October 1986.

## CONRAD INDUSTRIES, INC. v. SONDEREGGER

No. 409P86.

Case below: 81 N.C. App. 156.

Petition by defendants for discretionary review pursuant to G.S. 7A-31 denied 7 October 1986.

## COX v. STATE ex rel. SUMMERS

No. 478P86.

Case below: 81 N.C. App. 612.

Petition by plaintiffs for discretionary review pursuant to G.S. 7A-31 denied 7 October 1986.